## Case No. 16,097.

### UNITED STATES v. PUMPHREYS.

[1 Cranch, C. C. 74.] [1]

Circuit Court, District of Columbia. March Term, 1802.

CRIMINAL LAW—EXTORTED CONFESSION.

Extorted confession is not evidence against the prisoner.

Indictment for stealing.

THE COURT instructed the jury that no confession, extorted from the prisoner, by threats of punishment, or obtained by the promise of reward or favor, was evidence against him. 4 Bl. Comm. 357.